## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                    Case No. 18-cr-307(2) (DSD/TNL)

        Plaintiff,

v.                                                            **ORDER**

Randy Lorenzo Brooks,

        Defendant.

---

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Catherine L. Turner, Attorney at Law, P.O. Box 19607, Minneapolis, MN 55419 (for Defendant).

---

This matter comes before the Court on Defendant Randy Lorenzo Brooks's Motion to Continue Filing Date (ECF No. 57). Defendant seeks a continuance of the deadline for filing pretrial motions, from February 7 to February 14, 2019. Defendant states that his counsel "needs more time to review additional discovery," including discovery produced by the Government on the morning of February 7. Defendant does not seek to continue any of the other deadlines set forth in the Court's Order dated January 16, 2019 (ECF No. 47), including but not limited to the motions hearing date set for February 28, 2019. The Government has no objection to Defendant's request. In e-mail correspondence with the Court, the Government did not request that any of the other previously set deadlines be continued.

Based on the foregoing and for good cause shown, **IT IS HEREBY ORDERED** that Defendant's Motion to Continue Filing Date (ECF No. 57) is **GRANTED**, and Defendant shall have up to and including **February 14, 2019** to file pretrial motions. **All other deadlines set forth in the Court's Order dated January 16, 2019 remain in full force and effect.**

Date: February  11 , 2019

　　　　　　*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States of America v. Brooks*
Case No. 18-cr-307(2) (DSD/TNL)